UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Dain Bonner**　　　　　　　　　　　　　　　　**Docket No. 7:22-CR-30-1D**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Dain Bonner, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Ron Clark, United States District Judge, on October 25, 2016, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Michael Dain Bonner was released from custody on December 4, 2020, at which time the term of supervised release commenced in the Eastern District of North Carolina. Transfer of Jurisdiction was obtained on February 15, 2022.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Bonner reported he is interested in completing the Moral Reconation Therapy group that would reduce his chances to recidivate. Moral Reconation Therapy is a cognitive-behavioral treatment system that leads to enhanced moral reasoning, better decision making, and more appropriate behavior.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in a cognitive behavioral program as directed by the probation office. Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Cierra M. Wallace<br>Cierra M. Wallace<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2034<br>Executed On: March 2, 2022 |

Michael Dain Bonner
Docket No. 7:22-CR-30-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___3___ day of __March__, 2022, and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
United States District Judge